TO: United States District Court
Office Of The Clerk
595 Main Street, Room 502
Worcester, Ma. 01608

Docket #: 4:04-CV-40136-FDS

FILED
IN CLERKS OFFICE

Date: 09-09-04

U.S. DISTRICT COURT
DISTRICT OF MASS

Dear Clerk,

On 7-19-2004 A motion for Emergency Appointment of Council was filed for me in your court, and by letter from your office I was advised that the case was forwarded to Pro Se Attorney for review.

Could I please find out the status of this case and or the address to the pro se Attorney to find out what is happening here. I filed this as an <u>emergency motion</u> because once I am extradited the court here loses jurisdiction and therefore, to establish my Rights Violation in this jurisdiction, I must be able to proceed with counsel prior to my extradition.

Please Reply Immediately Concerning this Cause, Time is running out.
Thank you

Darin S. Hopping

Dated

Darin S. Hopping #29064
WHoC
5 Paul X Tivnan Drive
West Boylston, Ma.
01583