```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

DARIN S. HOPPING,                )
         Plaintiff               )
                                 )
     v.                          )    C.A. No. 04-40136-FDS
                                 )
COMMONWEALTH OF MASSACHUSETTS    )
         Defendant.              )
```

## ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is plaintiff's Motion for Appointment of Counsel. Plaintiff's motion for counsel will be denied without prejudice to plaintiff's ability to renew such motion after defendants have filed a responsive pleading.

Accordingly, it is hereby ORDERED that petitioner's motion for appointment of counsel is denied without prejudice.

Dated at Boston, Massachusetts, this 17th day of September, 2004.

_____
UNITED STATES DISTRICT JUDGE