From: Dario Hopping
Donald W. Wyatt Det. Facility
950 High Street.
Central Falls, R.I.
02683.

To: United States District Court
Office Of The Clerk
595 Main Street Room 502
Worcester, Ma. 01608

Case No: 04-40136 FDS

Dear Clerk,
    I Definitely want to proceed with my action in this Court, although at this time I have some problems I hope you can help me handle.
    I am in transit to Indiana and when the Federal Marshalls picked me up at Worcester House of Corrections - they refused to allow me to bring my legal papers with me. So, they are at Worcester House in the Property Trailer, but Worcester House said if I don't have someone pick up my property there within 30 days, they are going to destroy it. First, I don't live in Mass, I am from San Antonio, Tx. And I have no one to pick my stuff up in Mass. I do though, have $30.00 in my Worcester House Canteen account and I asked them to send my property to the Indiana County Jail where I am going, and they said they won't do that either. I am between a Rock and a hard place because all the documents I have to prove the violation of my

(1)

Rights is in that property, and I cannot replace these documents if the Worcester House Destroys them.

So, I ask the court to treat this as an emergency motion for a restraining order and injunction to be issued and for the following things to be ordered.

1. That Worcester House of Corrections is restrained from destroying my property which contains 8½ months worth of legal research and evidence.

2. That an injunction is ordered for the Worcester House of Corrections to Immediately use my funds or theirs to ship my property U.S. Mail to my Destination.

Darin Hopping
Marion County Jail
40 South Alabama
Indianapolis, Indiana
46204

So, that they cannot destroy the evidence I have that they violated my Rights. This must be ordered before November 12th, as this is when they plan to destroy my property. There is no way I can stop them if the Court doesn't

2

intervene. Please understand that I am in transit and limited to what I can do. So, this is a serious request for a valid Reason. Please do not let them destroy this evidence.

Also, Defendants have all the copies of the Complaint I was about to serve on them, so I must have my property sent to where I am being sent to have proper access to this court, and I need an extension of time to serve the Complaints - due to this delay.

Plaintiff prays this Honorable Court will issue what it Deems neccesary to keep Worcester House officials from destroying my property and to order Worcester House to Ship my property to the destination mentioned above, so my Documents are available to me, in order to pursue this action.

Dated 10-29-04

Darin S. Hopping
Darin S. Hopping

3