TO: Clerk of Courts
Donahue Federal Bld.
595 Main St,
Worcester, Ma.
                01608

Date: 12-6-04

From: Darin Hopping #P-408-32
Marion County Jail
40 S. Alabama St,
Indianapolis, IN.
                46204

Case No: 04-40136 FDS

Dear Clerk,

I hereby give notice of Change of address. Also I need to get a Copy of any paperwork pertaining to the temporary restraining order, etc filed against The Worcester House of Corrections concerning my property that has all my legal work pertaining to this action. I need this property and they refuse to send it to where I am. The Federal marshalls refused to let me carry it during extradition, Worcester Said they would destroy it and I'm not from Mass, So my family couldn't pick it up. I just need them to send it here and the $30.00 they have of mine Should cover these costs. Thankyou - Please Reply   Darin Hopping