UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Hopping,

                    Plaintiff

                                                      CIVIL ACTION

        V.
                                                      NO. 04-40136-FDS


Commonwealth of Massachusetts,
                    Defendant


ORDER OF DISMISSAL

Saylor,    D. J.


        For failure of the plaintiff to file a return of service and/or show good cause why service has

not been made as ORDERED on    9/15/05                    , it is hereby ORDERED that the

above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the

Federal Rules of Civil Procedure and Local Rule 4.1(b).



                                                      By the Court,



    10/13/05                              /s/ Martin Castles
        Date                                          Deputy Clerk



(4mdism.ord  - 09/96)                                              [odism.]